IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARWIN BLACK,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>FIRST CHOICE FINANCIAL LLC, et al.,<br>　　　　　　　Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO AMEND<br><br>Case No. 1:11-cv-0006 BCW<br><br>Magistrate Judge Brooke Wells |

　　　　This matter is before the Court on a Motion to Amend filed by Plaintiff Darwin Black.[1] Pursuant to Rule 15(a) a party may amend its pleading once as a matter of course if it is within 21 days after serving it or by agreement of the other side. "The court should freely give leave when justice so requires."[2]

　　　　Here, this case is in its relative infancy. Plaintiff filed his first Complaint on January 11, 2011 and the Answer was due March 2, 2011.[3] According to Plaintiff, the "Amended Complaint provides added clarity to the claims asserted against Defendants"[4] and one Defendant has yet to be served. Having reviewed the merits of the Motion, and the current posture of the case, the Court finds that it is well-taken. Therefore, Plaintiff's Motion to Amend is GRANTED.

　　　　DATED this 4 March 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brooke C. Wells
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Docket no. 6.

[2] Fed. R. Civ. P. 15(a)(2) (2010).

[3] Docket no. 5.

[4] Mem. in Supp. p. 3.